**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 1:07-CR-51-TS |
| | ) | |
| KELTON D. ANDERSON | ) | |

**MEMORANDUM**

This Court sentenced the Defendant, Kelton D. Anderson, on February 19, 2008, and a written judgment was entered on this same date. This matter is before the Court on the Defendant's letter, filed on January 7, 2009, as DE 31. In this letter, the Defendant asks the Court to "change, advise, or request" that the Federal Institution where he is incarcerated "recognize [his] statement of responsibility in [his] plea." (Def.'s Letter, DE 31.) The Defendant maintains that he is being "prohibited from moving throughout the system" because of the content of the Presentence Investigation Report (PSR), but he does not point to any specific error in the PSR.

It appears that the Defendant desires to be transferred from the correctional institution where he is currently incarcerated to another facility, and believes that the Bureau of Prison's interpretation of, or refusal to recognize, certain language in the PSR is preventing such a transfer. The Court advises the Defendant that it has no authority to direct the Bureau of Prisons to designate a particular facility or to direct a transfer. The Bureau of Prisons has statutory authority to designate the place of imprisonment, as well as any transfers between facilities, using the considerations set forth in 18 U.S.C. § 3621 *et seq.* Moreover, all factual and legal issues involving the PSR were addressed and finalized at the Defendant's sentencing. Accordingly, this Court will not grant the Defendant the relief he seeks, a directive to the Bureau

of Prisons based on the content of the PSR, and after the entry of final judgment.

ENTERED: February 9, 2009.

                                         s/ Theresa L. Springmann
                                        THERESA L. SPRINGMANN
                                        UNITED STATES DISTRICT COURT